## 63048. WELDON v. DeROSA et al.

QUILLIAN, Chief Judge.

The defendant appeals from the grant of plaintiff's motion for new trial. *Held:*

The judgment rendered was not final and the defendant has failed to comply with the procedure for interlocutory review.

*Appeal dismissed. McMurray, P. J., and Pope, J., concur.*

DECIDED JANUARY 20, 1982.

*William D. Temple,* for appellant.
*Candler Crim, Jr.,* for appellees.